UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 10-52699 |
| ) | |
| VAN MIEGHEM, TIMOTHY ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 13, 2012 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: August 14, 2012                 By: /s/ Richard M. Fogel
                                                                Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: VAN MIEGHEM, TIMOTHY    § Case No. 10-52699
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 39,100.03 |
| and approved disbursements of | $ 9,550.18 |
| leaving a balance on hand of [1] | $ 29,549.85 |
| **Balance on hand:** | $ 29,549.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 29,549.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 4,660.00 | 0.00 | 4,660.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 2.80 | 0.00 | 2.80 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3,950.50 | 0.00 | 3,950.50 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 8.96 | 0.00 | 8.96 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, P.C. | 6,146.79 | 0.00 | 6,146.79 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 17.24 | 0.00 | 17.24 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 14,786.29 |
| Remaining balance: | $ | 14,763.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 14,763.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 14,763.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,341.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,268.11 | 0.00 | 3,246.25 |
| 2 | American Express Bank, FSB | 32,872.08 | 0.00 | 8,042.65 |
| 3 | FIA Card Services, NA/Bank of America | 4,531.86 | 0.00 | 1,108.79 |
| 4 | FIA Card Services, NA/Bank of America | 9,669.82 | 0.00 | 2,365.87 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,763.56 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-52699-PSH
Timothy Van Mieghem Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: acox     Page 1 of 2     Date Rcvd: Aug 15, 2012
                    Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2012.

```
db         +Timothy Van Mieghem,    110 Shoreline Drive,    Park Ridge, IL 60068-2932
16474280   +A/r Concepts (original Creditor:cit,    2320 Dean St Suite 202,    Saint Charles, IL 60175-1068
16474281    American Express,    Box 0001,    Los Angeles, CA 90096-8000
17222005    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16474282   +Annette Van Mieghem,    1004 N. Clifton Ave,    Park Ridge, IL 60068-2043
16474285  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
16474286   +Carmen Catania,    1004 N. Clifton Ave,    Park Ridge, IL 60068-2043
16474287   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16474288   +David Anderson,    150 North Wacker,    Suite 2500,    Chicago, IL 60606-1609
16474290   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16474291   +Jeffrey Temple,    150 North Wacker,    Suite 2500,    Chicago, IL 60606-1609
16474279    Larsen & Edlund,    444 N Northwest Hwy,    Park Ridge, IL 60068-6403
16474292   +North Star Trust Co., Successor Trustee,    U/T #19383, Dated May 13, 1975,
             500 West Madison, Suite 3150,    Chicago, IL 60661-4580
16474293   +Park Ridge Comunity Bank,    626 Talcott Rd.,    ParkRidge, IL 60068-4721
16474278   +Van Mieghem Timothy,    1004 North Clifton,    Park Ridge, IL 60068-2043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17029588     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 16 2012 03:04:00     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
16474289    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 16 2012 03:04:00     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
17452935     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2012 03:11:33     FIA Card Services, NA,
              Bank of America and MBNA America Bank, N,    by American InfoSource LP as its agent,
              PO Box 248809,    Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16474283  ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16474284  ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: acox                 Page 2 of 2           Date Rcvd: Aug 15, 2012
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2012 at the address(es) listed below:
```
              Curtis E Edlund    on behalf of Debtor Timothy Van Mieghem cedlund@larsenandedlund.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
                                                                                             TOTAL: 3
```