**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VAN MIEGHEM, TIMOTHY § Case No. 10-52699
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $66,925.10               Assets Exempt: $21,409.10
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,797.66    Claims Discharged
                                                Without Payment: $558,479.21

Total Expenses of Administration: $24,336.47

3) Total gross receipts of $ 39,134.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $39,134.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $380,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,336.47 | 24,336.47 | 24,336.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 555,852.83 | 60,341.87 | 60,341.87 | 14,797.66 |
| **TOTAL DISBURSEMENTS** | $935,852.83 | $84,678.34 | $84,678.34 | $39,134.13 |

4) This case was originally filed under Chapter 7 on November 29, 2010. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2012      By: /s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Approximately 23.33% interest in Peakstore Group | 1123-000 | 31,351.31 |
| Approximately 2333% interest in PAG Capital | 1129-000 | 1,940.00 |
| Approximately 27.78% interest in the Pro Action | 1129-000 | 5,806.00 |
| Tax refunds | 1124-000 | 34.10 |
| Interest Income | 1270-000 | 2.72 |
| **TOTAL GROSS RECEIPTS** | | **$39,134.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Park Ridge Comunity Bank | 4110-000 | 380,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$380,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 4,660.00 | 4,660.00 | 4,660.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 2.80 | 2.80 | 2.80 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3110-000 | N/A | 3,950.50 | 3,950.50 | 3,950.50 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3120-000 | N/A | 8.96 | 8.96 | 8.96 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 6,146.79 | 6,146.79 | 6,146.79 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 17.24 | 17.24 | 17.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.89 | 53.89 | 53.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.40 | 63.40 | 63.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.03 | 65.03 | 65.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.30 | 77.30 | 77.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 85.13 | 85.13 | 85.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.63 | 79.63 | 79.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.54 | 84.54 | 84.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 32.81 | 32.81 | 32.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.40 | 76.40 | 76.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.85 | 78.85 | 78.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.06 | 76.06 | 76.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.40 | 86.40 | 86.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.74 | 75.74 | 75.74 |
| DEPARTMENT OF TREASURY | 2810-000 | N/A | 6,030.00 | 6,030.00 | 6,030.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 2,585.00 | 2,585.00 | 2,585.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,336.47 | $24,336.47 | $24,336.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 13,288.00 | 13,268.11 | 13,268.11 | 3,253.75 |
| 2 | American Express Bank, FSB | 7100-000 | 15,729.83 | 32,872.08 | 32,872.08 | 8,061.23 |
| 3 | FIA Card Services, NA/Bank of America | 7100-000 | 4,493.00 | 4,531.86 | 4,531.86 | 1,111.35 |
| 4 | FIA Card Services, NA/Bank of America | 7100-000 | 9,407.00 | 9,669.82 | 9,669.82 | 2,371.33 |
| NOTFILED | Hsbc Bank | 7100-000 | 1,765.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 2,339.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts (original Creditor:cit | 7100-000 | 22.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 8,809.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $555,852.83 | $60,341.87 | $60,341.87 | $14,797.66 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-52699  
**Case Name:** VAN MIEGHEM, TIMOTHY  
**Period Ending:** 10/01/12  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/25/11  
**Claims Bar Date:** 06/24/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|:---:|---:|:---:|
| 1  Account number 0300884201, Park Ridge community<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 345.02 | 0.00 | DA | 0.00 | FA |
| 2  Account number 243-6884, Northern trust Bank in<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 286.25 | 0.00 | DA | 0.00 | FA |
| 3  Miscellaneous items of household goods and furni<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  Debtor has ordinary items of personal clothing a<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5  Northwestern Mutual Life Inssurance, see number<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 372.35 | 0.00 | DA | 0.00 | FA |
| 6  Northwestern mutual life insurance, policy numbe<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,215.15 | 0.00 | DA | 0.00 | FA |
| 7  Northwestern mutual life insurance, policy numbe<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 17,543.33 | 0.00 | DA | 0.00 | FA |
| 8  Administaff 401(k) plan other pension or profit<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 45,516.00 | 45,516.00 | DA | 0.00 | FA |
| 9  Approximately 23.33% interest in Peakstore Group<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | Unknown |  | 31,351.31 | FA |
| 10  Approximately 2333% interest in PAG Capital<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | Unknown |  | 1,940.00 | FA |
| 11  Approximately 27.78% interest in the Pro Action<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | Unknown |  | 5,806.00 | FA |
| 12  1995 Chevrolet Astro Van | 1,447.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52699  
**Case Name:** VAN MIEGHEM, TIMOTHY  

**Period Ending:** 10/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/25/11  
**Claims Bar Date:** 06/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Tax refunds | Unknown | 34.10 |  | 34.10 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 2.72 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$66,925.10** | **$45,550.10** |  | **$39,134.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee waiting for 2011 K-1s from LLCs in order to prepare final estate income tax returns

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** August 14, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-52699
**Case Name:** VAN MIEGHEM, TIMOTHY

**Taxpayer ID #:** **-***5095
**Period Ending:** 10/01/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******94-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/24/11 | {9} | THE PEAKSTONE GROUP | Distribution to member | 1123-000 | 28,097.31 | | 28,097.31 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 28,097.36 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,097.59 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,097.82 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,098.05 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,098.28 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.89 | 28,044.39 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,044.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.32 | 27,979.30 |
| 09/19/11 | {11} | PROACTION GROUP | Purchase of membership interest per o/c 9-8-11 | 1129-000 | 5,806.00 | | 33,785.30 |
| 09/19/11 | {9} | PEAKSTONE GROUP | Purchase of membership interest per o/c 9-8-11 | 1129-000 | 3,254.00 | | 37,039.30 |
| 09/19/11 | {10} | PAG CAPITAL PARTNERS | Purchase of membership interest per o/c 9-8-11 | 1129-000 | 1,940.00 | | 38,979.30 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.92 | 38,981.22 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 38,981.47 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.03 | 38,916.44 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,916.76 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.30 | 38,839.46 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 38,839.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.13 | 38,754.64 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,754.96 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.63 | 38,675.33 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,675.65 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.54 | 38,591.11 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 32.81 | 38,558.30 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.40 | 38,481.90 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.85 | 38,403.05 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.06 | 38,326.99 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.40 | 38,240.59 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.74 | 38,164.85 |
| 07/16/12 | 1002 | DEPARTMENT OF TREASURY | Form 1041 YE 12/31/11-- FEIN: 38-6965095 | 2810-000 | | 6,030.00 | 32,134.85 |
| 07/16/12 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | Form 1L-1041 YE 12/31/11 -- FEIN: 38-6965095 | 2820-000 | | 2,585.00 | 29,549.85 |
| 09/12/12 | {13} | STATE OF ILLINOIS | Refund for period ending 12/2011 | 1124-000 | 34.10 | | 29,583.95 |

Subtotals :      $39,134.13      $9,550.18

{} Asset reference(s)

Printed: 10/01/2012 06:34 AM    V.13.04

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-52699  
**Case Name:** VAN MIEGHEM, TIMOTHY  

**Taxpayer ID #:** **-***5095  
**Period Ending:** 10/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/14/12 | 1004 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Dividend paid 100.00% on $3,950.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,950.50 | 25,633.45 |
| 09/14/12 | 1005 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Dividend paid 100.00% on $8.96, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 8.96 | 25,624.49 |
| 09/14/12 | 1006 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $6,146.79, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,146.79 | 19,477.70 |
| 09/14/12 | 1007 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $17.24, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 17.24 | 19,460.46 |
| 09/14/12 | 1008 | Discover Bank | 24.52% dividend on Claim # 1, Ref: 601100711352 | 7100-000 | | 3,253.75 | 16,206.71 |
| 09/14/12 | 1009 | American Express Bank, FSB | 24.52% dividend on Claim # 2, Ref: 3732-716355-74003 | 7100-000 | | 8,061.23 | 8,145.48 |
| 09/14/12 | 1010 | FIA Card Services, NA/Bank of America | 24.52% dividend on Claim # 3, Ref: 0522 | 7100-000 | | 1,111.35 | 7,034.13 |
| 09/14/12 | 1011 | FIA Card Services, NA/Bank of America | 24.52% dividend on Claim # 4, Ref: 9215 | 7100-000 | | 2,371.33 | 4,662.80 |
| 09/14/12 | 1012 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,662.80 | 0.00 |
| | | | Dividend paid 100.00%    4,660.00 on $4,660.00;  Claim# A; Filed: $4,660.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    2.80 on $2.80;  Claim# B; Filed: $2.80 | 2200-000 | | | 0.00 |

|  | ACCOUNT TOTALS | 39,134.13 | 39,134.13 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | **39,134.13** | **39,134.13** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$39,134.13** | **$39,134.13** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-52699 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** | VAN MIEGHEM, TIMOTHY | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******94-65 - Checking Account |
| **Taxpayer ID #:** | **-***5095 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/01/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******94-65** | **39,134.13** | **39,134.13** | **0.00** |
| | $39,134.13 | $39,134.13 | $0.00 |